ENTERED ON DOCKET
NOV 08 1999
By Deputy

FILED _____ LODGED
_____ RECEIVED
NOV 08 1999
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALE G. POITRA,

    Plaintiff,

v.

DAVID DUNNING, et al.,

    Defendants.

Case No. C99-5475FDB

ORDER

The Court, having reviewed the record, hereby finds and ORDERS:

(1) In this civil rights case, the Court ordered defendant to file an amended complaint by October 29, 1999. Docket 9. Plaintiff has filed a motion to extend time, requesting additional time in which to file the amended complaint. Plaintiff's motion (Docket 12) is GRANTED. Defendant is ORDERED to file the amended complaint within thirty (30) days of the date of this Order.

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 4 day of November, 1999.

RICARDO S. MARTINEZ
U.S. Magistrate Judge

ORDER
Page - 1

13

```
                                                              dk
            United States District Court
                      for the
             Western District of Washington
                   November 8, 1999
```

## * * MAILING CERTIFICATE OF CLERK * *

Re:   3:99-cv-05475

True and correct copies of the attached were mailed by the clerk to the following:

    Dale Poitra
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    290503
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA

    Magistrate Judge Martinez