ENTERED
ON DOCKET

FEB 24 2000
By Deputy_____

FILED _____ LODGED
_____ RECEIVED

FEB 23 2000

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALE G. POITRA, et al.,

    Plaintiffs,

v.

DAVID DUNNING, et al.,

    Defendants.

Case No. C99-5475FDB

ORDER APPROVING IN PART REPORT AND RECOMMENDATION, AND DIRECTING SERVICE OF COMPLAINT

    The plaintiffs are prisoners at Clallam Bay Corrections Center ("CBCC"). They present claims regarding the opportunities for worship available to Native Americans. Five prisoners, members of the 55-member TIYOSPAYA CIRCLE, are signatories to the Complaint; they seek to litigate on behalf of all similarly situated CBCC prisoners. The Honorable Ricardo S. Martinez, U.S. Magistrate Judge, has reviewed this matter and recommended that a class not be certified, and that this action be dismissed for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b). The plaintiffs have filed Objections.

    The plaintiffs fail to understand the thrust of Judge Martinez' analysis regarding class certification and the law precluding representation of others by non-lawyers. The plaintiffs may not litigate on behalf of other CBCC prisoners, but each offended party is allowed to participate in a single action, and under a single complaint, *so long as each plaintiff signs every pleading.* As the action stands now, the five named plaintiffs are the only proper plaintiffs, and may not assert rights belonging to other TIYOSPAYA CIRCLE members or other Native American CBCC prisoners.[1]

    Judge Martinez next recommends that this action be dismissed for failure to state a claim. An action may be dismissed for failure to state a claim "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Keniston v. Roberts, 717 F.2d

---

[1] The plaintiffs present considerable persuasive argument regarding the difficulties in presenting their freedom of religion claims in piecemeal and individual manner. I do not intend this ruling to signify that the plaintiffs might not be able to present a litigable class action *once they secure legal representation* and satisfy other problems with class certification identified by Judge Martinez.

ORDER
Page - 1



1295, 1300 (9th Cir. 1983)(quoting from Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1975)).

Judge Martinez correctly notes that to determine whether prison regulations which limit the free exercise of religion are valid,

> the court must consider (1) whether the regulation has a logical connection to the legitimate government interests invoked to justify it; (2) whether there are alternative means of exercising the rights that remain open to the inmates; (3) the impact that accommodation of the asserted constitutional rights will have on other inmates, guards and prison resources; and (4) the presence or absence of ready alternatives that fully accommodate the prisoner's rights at de minimis costs to valid penological interests.

Report and Recommendation at 5 (citing McCabe v. Arave, 827 F.2d 634, 637 (9th Cir. 1987), and Turner v. Safley, 482 U.S. 78, 107 S.Ct. 2254, 2262, 96 L.Ed.2d 64 (1987)).

The defendants have not been served in this case, and thus have submitted no briefing. There has been no assertion of "legitimate government interests"; the court should not be in the position of making the defendants' arguments for them. Absent having the defendants put forth the particular government or penological interests, and describing the "alternative means of exercising" freedom of religion, I am not comfortable in finding, "beyond doubt", that the plaintiffs can prove no facts in support of their claims which would entitle them to relief. I cannot agree that this action should be dismissed without ever being served upon the defendants.

Accordingly, it is hereby

ORDERED:

(1) The court adopts in part the Report and Recommendation;

(2) The request for certification as a class action is DENIED; and

(3) The Amended Complaint shall be provided to the U.S. Marshal for service.

The clerk of court is directed to send copies of this order to the Plaintiff and to the Honorable Ricardo S. Martinez.

DATED this ___23___ day of February, 2000.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2

```
                                                                    dk
                    United States District Court
                              for the
                    Western District of Washington
                          February 24, 2000
```

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  3:99-cv-05475

True and correct copies of the attached were mailed by the clerk to the following:

```
    Dale Poitra
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    290503
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA

    Robert D Wrinkle
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    915512
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA

    Victor Rodriguez
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    915512
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA

    Victor Rodriquez
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    705804
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA

    Mathew Clark
    CBCC
    CLALLAM BAY CORRECTIONS CENTER
    944049
    1830 EAGLE CREST WAY
    CLALLAM BAY, WA   98326-9723
    USA
```

Richard Castleman
CBCC
CLALLAM BAY CORRECTIONS CENTER
978222
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Albert Dogskin
CBCC
CLALLAM BAY CORRECTIONS CENTER
973843
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Virgil Edwards
CBCC
CLALLAM BAY CORRECTIONS CENTER
276129
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Thomas Farron
CBCC
CLALLAM BAY CORRECTIONS CENTER
904819
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Roman Federov
CBCC
CLALLAM BAY CORRECTIONS CENTER
791256
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Timpsila George
CBCC
CLALLAM BAY CORRECTIONS CENTER
773517
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Carlos8 Huerreca
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Ronald Moore
CBCC
CLALLAM BAY CORRECTIONS CENTER
713128
1830 EAGLE CREST WAY

CLALLAM BAY, WA   98326-9723
USA

Charlie OBrian
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Richard Orden
CBCC
CLALLAM BAY CORRECTIONS CENTER
268199
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Demond Roberts
CBCC
CLALLAM BAY CORRECTIONS CENTER
995843
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

James Rush
CBCC
CLALLAM BAY CORRECTIONS CENTER
717024
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Norman Rush
CBCC
CLALLAM BAY CORRECTIONS CENTER
717205
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Melvin Stohs
CBCC
CLALLAM BAY CORRECTIONS CENTER
954293
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Filipo Thompson
CBCC
CLALLAM BAY CORRECTIONS CENTER
729465
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Josiah Thomas
CBCC

```
CLALLAM BAY CORRECTIONS CENTER
919005
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

James Tommy
CBCC
CLALLAM BAY CORRECTIONS CENTER
788939
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Kent Whiting
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Ricardo Zamudio
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Donald G Allen
CBCC
CLALLAM BAY CORRECTIONS CENTER
728897
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Nick Allen
CBCC
CLALLAM BAY CORRECTIONS CENTER
989386
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Solomon Barela
CBCC
CLALLAM BAY CORRECTIONS CENTER
754873
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Daniel Birdsong
CBCC
CLALLAM BAY CORRECTIONS CENTER
756165
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA
```

Ramon Caldera
CBCC
CLALLAM BAY CORRECTIONS CENTER
714460
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Eric Chase
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Timothy Craig
CBCC
CLALLAM BAY CORRECTIONS CENTER
796782
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Timothy Cronin
CBCC
CLALLAM BAY CORRECTIONS CENTER
269461
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Nick Doudna
CBCC
CLALLAM BAY CORRECTIONS CENTER
781551
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Brodie Dowd
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Nate Edenso
CBCC
CLALLAM BAY CORRECTIONS CENTER
778597
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

James Gervais
CBCC
CLALLAM BAY CORRECTIONS CENTER
630097
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723

USA

Robert DA Gibson
CBCC
CLALLAM BAY CORRECTIONS CENTER
#964752
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Steven D Horton
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Jeremiah Gilbert
CBCC
CLALLAM BAY CORRECTIONS CENTER
709551
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Guy Lee Granroos
CBCC
CLALLAM BAY CORRECTIONS CENTER
720788
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Joshua Inman
CBCC
CLALLAM BAY CORRECTIONS CENTER
776898
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Daniel Jolliffe
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Jeremiah Johnny
CBCC
CLALLAM BAY CORRECTIONS CENTER
772204
1830 EAGLE CREST WAY
CLALLAM BAY, WA   98326-9723
USA

Blaze Long
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY

CLALLAM BAY, WA  98326-9723
USA

Henry Maez
CBCC
CLALLAM BAY CORRECTIONS CENTER
747849
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Danny Manoi
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Arinza Martin
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Tarl McAllister
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Montgomery
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Thomas Rasmussen
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Kristian Perkins
CBCC
CLALLAM BAY CORRECTIONS CENTER
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Christopher Weiss
CBCC
CLALLAM BAY CORRECTIONS CENTER
791391
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

```
Mathew Kirsch
CBCC
CLALLAM BAY CORRECTIONS CENTER
747196
1830 EAGLE CREST WAY
CLALLAM BAY, WA  98326-9723
USA

Judge Burgess
Magistrate Judge Martinez
```